UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

LUIS CERVANTEZ,

                  Plaintiff,

    v.

LAS VEGAS METROPOLITAN POLICE
DEPARTMENT DETENTION SERVICE
DIVISION *et al.*,

                Defendants.

Case No. 2:17-cv-00562-MMD-CWH

ORDER

## I.    DISCUSSION

On March 7, 2018, this Court issued a screening order permitting Counts I, II, and III, alleging due process dental violations, to proceed against Doe jail officials, dentist, and nurses when Plaintiff learned their identities. (ECF No. 5 at 8.) The Court dismissed Defendant Clark County Detention Center with prejudice from the entirety of the case and dismissed Defendants Las Vegas Metropolitan Police Department Detention Service Division and Naphcare without prejudice from the entirety of the case. (*Id.*) The Court directed the Las Vegas Metropolitan Police Department ("LVMPD") to enter a limited notice of appearance for the limited purpose of conducting limited pre-service discovery in an effort to ascertain the true identities of the Doe defendants listed on Plaintiff's four grievances. (*Id.* at 9.) The Court stated that, after LVMPD identified those individuals, it would enter an order directing service of those individuals via the U.S. Marshal's Office. (*Id.* at 7.) LVMPD has identified Doe defendants as Eddie Scott, Timothy Dorion,

1 Christian Pizan, Kevin Patimeteeporn, and Dr. Allan Kirkwood. (ECF No. 9 at 2). The

2 Court now orders service on those defendants.

3 **II.   CONCLUSION**

4    For the foregoing reasons, it is ordered that the Clerk of Court add Eddie Scott

5 (P#15631); Timothy Dorion (P#14942); Christian Pizan (P#13864); Kevin Patimeteeporn

6 (P#14529); and Dr. Allan Kirkwood, DDS to the docket as defendants in this case

7 pursuant to ECF No. 9.

8    It is further ordered that pursuant to the Court's screening order (ECF No. 5) and

9 limited purpose discovery (ECF No. 9), this action will proceed on Counts I, II, and III,

10 alleging due process dental violations, against Defendants Eddie Scott, Timothy Dorion,

11 Christian Pizan, Kevin Patimeteeporn, and Dr. Allan Kirkwood.

12    It is further ordered that the Clerk of Court issue summonses for Defendants Eddie

13 Scott (P#15631); Timothy Dorion (P#14942); Christian Pizan (P#13864); Kevin

14 Patimeteeporn (P#14529); and Dr. Allan Kirkwood, DDS *and deliver the same* to the U.S.

15 Marshal for service.  The Clerk will send to Plaintiff five (5) USM-285 forms.  The Clerk

16 also will send a copy of the complaint (ECF No. 6) and a copy of this order to the U.S.

17 Marshal for service on Defendant(s).  Plaintiff has thirty (30) days within which to furnish

18 to the U.S. Marshal the required USM-285 forms with relevant information as to each

19 Defendant on each form.  Within twenty (20) days after receiving from the U.S. Marshal

20 a copy of the USM-285 forms showing whether service has been accomplished, Plaintiff

21 must file a notice with the Court identifying which Defendant(s) were served and which

22 were not served, if any.  If Plaintiff wishes to have service again attempted on an unserved

23 Defendant(s), then a motion must be filed with the Court identifying the unserved

24 Defendant(s) and specifying a more detailed name and/or address for said Defendant(s),

25 or whether some other manner of service should be attempted.

26    It is further ordered that henceforth, Plaintiff must serve upon Defendants or, if

27 appearance has been entered by counsel, upon the attorney(s) a copy of every pleading,

28 motion or other document submitted for consideration by the Court.  Plaintiff must include

with the original paper submitted for filing a certificate stating the date that a true and correct copy of the document was mailed to the Defendants or counsel for the Defendants. The Court may disregard any paper received by a district judge or magistrate judge which has not been filed with the clerk, and any paper received by a district judge, magistrate judge or the clerk which fails to include a certificate of service.

It is further ordered that the Clerk of the Court is directed to terminate Las Vegas Metropolitan Police Department from the docket because it has complied with this Court's order to provide limited discovery.

DATED THIS 8th day of May 2018.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE