# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| LUIS CERVANTES,<br><br>        Plaintiff,<br><br>v.<br><br>EDDIE SCOTT, et al.,<br><br>        Defendants. | Case No. 2:17-cv-00562-MMD-CWH<br><br>**ORDER** |

This matter is before the court on plaintiff Luis Cervantez's Motion to Extend Time for Service of Process Pursuant to Federal Rule of Civil Procedure 4(m) (ECF No. 28), filed on January 17, 2019. Having reviewed and considered the motion, and good cause appearing under Rule 4(m), the motion is granted.

IT IS SO ORDERED.

IT IS FURTHER ORDERED that plaintiff's deadline to serve defendants Christian Pizan and Allan Kirkwood is extended until March 23, 2019.

IT IS FURTHER ORDERED that the Notice of Intent to Dismiss (ECF No. 27) is VACATED.

DATED: January 23, 2019

_____
C.W. HOFFMAN, JR.
UNITED STATES MAGISTRATE JUDGE