# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| LUIS CERVANTES,<br><br>    Plaintiff,<br><br>v.<br><br>EDDIE SCOTT, et al.,<br><br>    Defendants. | Case No. 2:17-cv-00562-MMD-CWH<br><br>**ORDER** |

This matter is before the court on plaintiff Luis Cervantez's Motion to Extend Time for Service of Process Pursuant to F.R.C.P. 4(m) (ECF No. 42), filed on March 21, 2019. Cervantez requests an additional sixty days to serve defendant Dr. Allan Kirkwood, DDS. Cervantez describes in detail the efforts he has made to date to locate and serve Dr. Kirkwood. Having read and considered the motion, and good cause appearing under Rule 4(m) of the Federal Rules of Civil Procedure, the court will grant the motion.

IT IS SO ORDERED.

IT IS FURTHER ORDERED that Cervantez's deadline to serve defendant Dr. Allan Kirkwood, DDS is extended to May 28, 2019.

DATED: March 27, 2019

_____
C.W. HOFFMAN, JR.
UNITED STATES MAGISTRATE JUDGE