TREVOR J. HATFIELD, ESQ.
Nevada Bar No. 7373
**HATFIELD & ASSOCIATES, LTD.**
703 South Eighth Street
Las Vegas, Nevada 89101
(702) 388-4469 Tel.
(702) 386-9825 Fax
thatfield@hatfieldlawassociates.com

*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

LUIS CERVANTEZ,

    Plaintiff,

vs.

EDDIE SCOTT, et al.,

    Defendants.

CASE NO: 2:17-cv-00562-MMD-CWH

**PLAINTIFF'S MOTION FOR AN ORDER TO SCHEDULE A TELEPHONE CONFERENCE WITH PLAINTIFF'S COUNSEL**

COMES NOW, Plaintiff LUIS CERVANTEZ, by and through his counsel, the law firm of Hatfield & Associates, Ltd., *pro bono publico* and files this Motion For an Order to Schedule a Telephone Conference with Plaintiff's Counsel to prepare for video-taped Deposition scheduled for April 29, 2019, at 10:00 AM. This motion is made and based upon the pleadings and papers on file herein, and the Declaration of counsel.

Dated this 18th day of April 2019.

**HATFIELD & ASSOCIATES, LTD.**

By: /s/ *Trevor J. Hatfield*

Trevor J. Hatfield, Esq. (SBN 7373)
703 South Eighth Street
Las Vegas, Nevada 89101
(702) 388-4469 Tel.
    *Attorneys for Plaintiff*

1

# MEMORANDUM OF POINTS AND AUTHORITIES

I.

Plaintiff moves for an Order scheduling a telephone conference with Plaintiff's counsel. Plaintiff has good cause for requesting a telephone conference with Plaintiff's counsel as he is being deposed by Defendants' counsel on Monday, April 29, 2019, at 10:00 a.m. and finds it necessary to prepare for the deposition prior to that date. (See Exhibit #1)

Plaintiff's Inmate number is 1095684.

Plaintiff requests an order for up to one (1) hour of telephone communication with his counsel on one of the following dates and times to be determined:

April 23, 2019 - 11:00 AM to 12:00 Noon, 3:00 PM to 4:00 PM

April 24, 2019 - 11:00 AM to 12:00 Noon, 2:00 PM to 3:00 PM

April 25, 2019 - 11:00 AM to 12:00 Noon, 1:30 PM to 2:30 PM

April 26, 2019 - 11:00 AM to 12:00 Noon, 2:00 PM to 3:00 PM

The reason for this Motion is that Plaintiff's counsel was instructed by Dahn S. Puckett, Administrative Assistant to Warden W.A. Gittere, Ely State Prison, to request an order from the court scheduling the telephone conference. See Exhibit 1 of Declaration of Counsel attached.

///
///
///
///
///
///
///
///
///

In addition to the above request for a telephone conference, Plaintiff's counsel requests authority to conduct telephone conferences with Plaintiff up to once a week for up to one hour between 9:00 AM and 4:00 PM for the duration of this case at a time to be determined that is mutually convenient between the parties with Warden W.A. Gittere's approval.

Dated this 18th day of April 2019.

**HATFIELD & ASSOCIATES, LTD.**

By:  /s/ *Trevor J. Hatfield*

Trevor J. Hatfield, Esq. (SBN 7373)
703 South Eighth Street
Las Vegas, Nevada 89101
(702) 388-4469 Tel.
*Attorneys for Plaintiff*

IT IS SO ORDERED.

DATED:  Apr 23, 2019

_____
C.W. HOFFMAN, JR.
UNITED STATES MAGISTRATE JUDGE

3

## CERTIFICATE OF SERVICE

I certify that on the 18th day of April 2019, I electronically filed and served the foregoing PLAINTIFF'S MOTION TO SCHEDULE TELEPHONE CONFERENCE WITH PLAINTIFF'S COUNSEL with the Clerk of the Court by using the ECF system which served the parties hereto electronically.

Dated this 18th day of April 2019.

HATFIELD & ASSOCIATES, LTD.

By: /s/ *Trevor J. Hatfield*
Trevor J. Hatfield, Esq. (SBN 7373)
703 South Eighth Street
Las Vegas, Nevada 89101
(702) 388-4469 Tel.
*Attorney for Plaintiff*

4

**EXHIBIT 1**

**EXHIBIT 1**

```
 1  LYSSA S. ANDERSON
    Nevada Bar No. 5781
 2  RYAN W. DANIELS
    Nevada Bar No. 13094
 3  KAEMPFER CROWELL
    1980 Festival Plaza Drive, Suite 650
 4  Las Vegas, Nevada 89135
    Telephone: (702) 792-7000
 5  Fax:        (702) 796-7181
    landerson@kcnvlaw.com
 6  rdaniels@kcnvlaw.com

 7  Attorneys for Defendants Eddie Scott,
    Kevin Patimeteeporn, and Timothy Dorion
 8
 9                        UNITED STATES DISTRICT COURT
10                              DISTRICT OF NEVADA

11  LUIS CERVANTEZ,                           CASE NO.: 2:17-cv-00562-MMD-CWH
12             Plaintiff,
    vs.
13                                            NOTICE OF DEPOSITION OF
    EDDIE SCOTT, P#15631, in his individual   PLAINTIFF LUIS CERVANTEZ
14  and official capacities; KEVIN
    PATIMETEEPORN, P#14529, in his            Date:  April 29, 2019
15  individual and official capacities; and   Time:  10:00 a.m.
    TIMOTHY DORION, P#14942, in his
16  individual and official capacities,

17             Defendant.

18
19  TO:   Plaintiff, LUIS CERVANTEZ, and:
20  TO:   ALL PARTIES OF INTEREST.
21        PLEASE TAKE NOTICE that Defendant, EDDIE SCOTT will take the deposition of
22  LUIS CERVANTEZ on the 29th day of April, 2019 at 10:00 a.m. via video conference at the
23  law office of Kaempfer Crowell, 1980 Festival Plaza Drive, Suite 650, Las Vegas, NV 89135,
24  under oath, upon oral examination, before a Notary Public or some other officer duly authorized
```

by law to administer an oath. Plaintiff will attend the examination via video conference from Ely State Prison, Ely, Nevada.

Oral examination will continue from day to day until completed. You are invited to attend and cross-examine.

DATED this 6th day of March, 2019.

KAEMPFER CROWELL

BY: _____
LYSSA S. ANDERSON (Nevada Bar No. 5781)
RYAN W. DANIELS (Nevada Bar No. 13094)
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada 89135

*Attorneys for Defendants Eddie Scott,
Kevin Patimeteeporn, and Timothy Dorion*

## CERTIFICATE OF SERVICE

I certify that service of the foregoing **NOTICE OF DEPOSITION OF PLAINTIFF LUIS CERVANTEZ** was made this date by depositing a true copy of the same for mailing at Clark County, Nevada, addressed to the following:

Trevor J. Hatfield, Esq.
HATFIELD & ASSOCIATES, LTD.
703 S. Eighth Street
Las Vegas, Nevada 89101
Telephone: (702) 388-4469
Facsimile: (702) 386-9825
Email: thatfield@hatfieldlawassociates.com

*Attorneys for Plaintiff*

DATED this 6th day of March, 2019.

/s/ Gina Muscari
_____
an employee of Kaempfer Crowell

TREVOR J. HATFIELD, ESQ
Nevada Bar No. 7373
HATFIELD & ASSOCIATES, LTD.
703 S. Eighth Street
Las Vegas, Nevada 89101
Telephone: (702) 388-4469
Facsimile: (702) 386-9825
Email: thatfield@hatfieldlawassociates.com
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| LUIS CERVANTEZ,<br><br>Plaintiff,<br><br>vs.<br><br>EDDIE SCOTT, et al.,<br><br>Defendants. | CASE NO: 2:17-cv-00562-MMD-CWH<br><br>**DECLARATION IN SUPPORT OF PLAINTIFF'S MOTION FOR AN ORDER TO SCHEDULE A TELEPHONE CONFERENCE WITH PLAINTIFF'S COUNSEL** |

TREVOR J. HATFIELD provides this Declaration in support of Plaintiff's Motion For an Order to Schedule a Telephone Conference and states the following:

1. I am a resident of the State of Nevada; I am over the age of 18; and I am competent to testify to the matters set forth herein.

2. I have personal knowledge of the matters asserted herein except for those matters stated upon information and belief, which I believe to be true.

3. I am the attorney for Plaintiff who is incarcerated in Ely State Prison, Ely, Nevada. His Inmate number is #1095684

4. The deposition of Plaintiff has been scheduled to take place on Monday, April 29, 2019, at 10:00 a.m.

///

5. It is necessary for me to be able to speak with my client in preparation for his deposition prior to the day of the deposition.

6. My Legal Assistant inquired from Dahn S. Puckett, Administrative Assistant to Warden W.A. Gittere, Ely State Prison, as to how to schedule a telephone conference with Plaintiff. Ms. Puckett's response was that they need a court order stating the date and time for the call. (See Exhibit 1)

7. I declare under the penalty for perjury that the foregoing is true and correct.

FURTHER YOUR DECLARANT SAYETH NAUGHT.

Dated: April 18, 2019　　　　　　　　　　　　　　　　*/s/ Trevor J. Hatfield*

　　　　　　　　　　　　　　　　　　　　　　　　　　　TREVOR J. HATFIELD

HATFIELD & ASSOCIATES, LTD.
703 8th Street * Las Vegas, Nevada 89101
Telephone (702) 388-4469

**EXHIBIT 1**

**EXHIBIT 1**



Freda Brazier <freda@hatfieldlawassociates.com>

# Luis Cervantez - #1095684
2 messages

---

**Freda Brazier** <freda@hatfieldlawassociates.com>   Wed, Apr 10, 2019 at 3:59 PM
To: dpuckett@doc.nv.gov

Dear Dahn,

I am trying to schedule a telephone call between Attorney Trevor Hatfield and our client, Luis Cervantez. He is scheduled to be deposed via video conference on April 29th, at 10 AM, and Mr. Hatfield wishes to speak with him a few days prior to the deposition. Please contact me so I can do what is necessary to schedule the telephone call. Thank you in advance for your assistance.

Freda P. Brazier
Legal Assistant
**HATFIELD & ASSOCIATES, LTD.**
703 S. Eighth Street
Las Vegas, NV 89101
(702) 388-4469

*Notice of Confidentiality:* The information transmitted is intended only for the person or entity to whom it is addressed and is covered by the Electronic Communications Privacy Act, 18 U.S.C. §§ 2510-2521. This message may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of, or taking any action in reliance upon, this information by anyone other than the intended recipient is not authorized.

---

**Dahn Puckett** <dpuckett@doc.nv.gov>   Wed, Apr 10, 2019 at 4:13 PM
To: freda@hatfieldlawassociates.com

Ms. Brazier:

In order to set up a telephone conference call with inmate Cervantez, we need a court order.

The order needs to state the date and time for the call.

Dahn S. Puckett
AA to Warden W.A. Gittere
Ely State Prison
P.O. Box 1989
Ely, NV 89301
Phone: (775) 289-1201
dpuckett@doc.nv.gov

*This message, including any attachments, is the property of the Nevada Department of Corrections and is solely for the use of the individual or entity intended to receive it. It may contain confidential and proprietary information and any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient(s) or if you have received this message in error, please contact the sender by reply email and permanently delete it.*

**From:** Freda Brazier <freda@hatfieldlawassociates.com>
To: jpuckett@doc.nv.gov

[Quoted text hidden]