TREVOR J. HATFIELD, ESQ.
Nevada Bar No. 7373
**HATFIELD & ASSOCIATES, LTD.**
703 South Eighth Street
Las Vegas, Nevada 89101
(702) 388-4469 Tel.
(702) 386-9825 Fax
*thatfield@hatfieldlawassociates.com*

*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| LUIS CERVANTEZ,<br><br>  Plaintiff,<br><br>vs.<br><br>EDDIE SCOTT, et al.,<br><br>  Defendants. | CASE NO: 2:17-cv-00562-MMD-CWH<br><br>**ORDER GRANTING MOTION FOR SERVICE BY PUBLICATION PURSUANT TO F.R.C.P. 4(e)** |

Upon the Court's inquiry, having reviewed the documents, and for good cause shown,

IT IS ORDERED that Plaintiff LUIS CERVANTEZ's (hereinafter "Plaintiff") Motion for an Order for Service by Publication is GRANTED, finding that the Summons and Complaint has not otherwise been served on Defendant;

IT IS FURTHER ORDERED that a copy of the Summons and Complaint be mailed to Defendant at Defendant's last known address via first class mail;

///

///

///

///

///

///

IT IS FURTHER ORDERED that service may be made by publication by publishing service in the Nevada Legal News for a period of FOUR (4) WEEKS, at least ONE (1) TIME PER WEEK.

Dated this 25th day of April, 2019.     **HATFIELD & ASSOCIATES, LTD.**

By:  /s/ *Trevor J. Hatfield*

Trevor J. Hatfield, Esq. (SBN 7373)
703 South Eighth Street
Las Vegas, Nevada 89101
(702) 388-4469 Tel.
*Attorney for Plaintiff*

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE
DATED:  April 26, 2019 _____

# CERTIFICATE OF SERVICE

I certify that on the 25th day of April 2019, I electronically filed and served the foregoing [Proposed] ORDER GRANTING MOTION FOR SERVICE BY PUBLICATION with the Clerk of the Court by using the ECF system which served the parties hereto electronically.

Dated this 25th of April 2019.          By: ___/s/ *Freda P. Brazier*___
                                                              An employee of Hatfield & Associates, Ltd.