TREVOR J. HATFIELD, ESQ
Nevada Bar No. 7373
HATFIELD & ASSOCIATES, LTD.
703 S. Eighth Street
Las Vegas, Nevada 89101
Telephone: (702) 388-4469
Facsimile: (702) 386-9825
Email: *thatfield@hatfieldlawassociates.com*
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| LUIS CERVANTEZ,<br><br>Plaintiff,<br><br>vs.<br><br>EDDIE SCOTT, et al.,<br><br>Defendants. | CASE NO: 2:17-cv-00562-MMD-DJA<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF'S REPLY TO DEFENDANT ALLAN KIRKWOOD, D.D.S.'S OPPOSITION TO PLAINTIFF'S MOTION FOR LEAVE TO FILE AMENDED COMPLAINT PURSUANT TO FED. R. CIV. P. 15(a) and LR 11 15-1** |

COMES NOW, Plaintiff Luis Cervantes ("Plaintiff"), and Defendants Eddie Scott, Kevin Patimeteeporn, and Timothy Dorion ("LVMPD Defendants") and Defendant Allan Kirkwood, D.D.S. ("Defendant Kirkwood") by and through their respective Counsel, hereby stipulate, agree to extend the time for Plaintiff to Reply to Defendant Allan Kirkwood, DDS's Opposition to Plaintiff's Motion for Leave to Amend Complaint pursuant to Fed. R. Civ. P. 15(a) and LR 11 15-1 (ECF #63).

Accordingly, Plaintiff shall have up to and including January 10, 2020, to respond to Defendant Allan Kirkwood, DDS's Opposition to Plaintiff's Motion for Leave to File Amended Complaint Pursuant to Fed. R. Civ. P. 15(a) and LR 11 15-1 (ECF #63).

HATFIELD & ASSOCIATES, LTD.
703 8th Street * Las Vegas, Nevada 89101
Telephone (702) 388-4469

The reason that the extension is requested is due to the Reply being due during the holiday season.

DATED this 30th day of December, 2019

**HATFIELD & ASSOCIATES**

By: */s/ Trevor J. Hatfield*
   TREVOR J. HATFIELD, ESQ. (SBN 7373)
   703 S. Eighth Street
   Las Vegas, Nevada 89101
   Tel: (702) 388-4469
   Email: thatfield@hatfieldlawassociates.com
   *Attorney for Plaintiff*

**KAEMPFER CROWELL**

By: */s/ Lyssa S. Anderson*
   LYSSA S. ANDERSON, ESQ. (SBN 5781)
   RYAN W. DANIELS, ESQ. (SBN 13094)
   1980 Festival Plaza Drive, Ste. 650
   Las Vegas, Nevada 89135
   Tel: (702) 792-7000
   Email: landerson@kcnvlaw.com
   Email: rdaniels@kcnvlaw.com
   *Attorneys for Defendants Eddie Scott,
   Kevin Patimeteeporn, and Timothy Dorion*

LEWIS BRISBOIS BISGAARD & SMITH, LLP

By: */s/ Katherine J. Gordon*
  S. BRENT VOGEL, ESQ. (SBN 6858)
  KATHERINE J. GORDON, ESQ. (SBN 5813)
  6385 S. Rainbow Boulevard, Suite 600
  Las Vegas, Nevada 89118
  Tel.: (702) 893-3383
  Email: Brent.Vogel@lewisbrisbois.com
  Email: Katherine.Gordon@lewisbrisbois.com
  *Attorneys for Defendant Allan Kirkwood, D.D.S.*

**ORDER**

**IT IS SO ORDERED:**

_____
UNITED STATES MAGISTRATE JUDGE

Dated: January 6, 2020
CASE NO.: 2:17-cv-0562-MMD-DJA