TREVOR J. HATFIELD, ESQ
Nevada Bar No. 7373
HATFIELD & ASSOCIATES, LTD.
703 S. Eighth Street
Las Vegas, Nevada 89101
Telephone: (702) 388-4469
Facsimile: (702) 386-9825
Email: *thatfield@hatfieldlawassociates.com*
*Attorney for Plaintiff In conjunction with Legal Aid Center of Southern Nevada Pro Bono Project*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| LUIS CERVANTES,<br><br>    Plaintiff,<br><br>vs.<br><br>EDDIE SCOTT, et al.,<br><br>    Defendants. | CASE NO:  2:17-cv-00562-MMD-DJA<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO DEFENDANT ALLAN KIRKWOOD, D.D.S.'S MOTION FOR SUMMARY JUDGMENT** |

COMES NOW, Plaintiff Luis Cervantes ("Plaintiff"), by and through his counsel, the law firm of Hatfield & Associates, Ltd., appearing *pro bono publico,* and Defendant Allan Kirkwood, D.D.S. ("Defendant Kirkwood") by and through his counsel, the law firm of Lewis Brisbois Bisgaard & Smith, LLP, hereby stipulate and agree to extend the time for Plaintiff to Respond to Defendant Allan Kirkwood, DDS's Motion for Summary Judgment (ECF #81).

Accordingly, Plaintiff shall have up to and including June 30, 2020, to respond to Defendant Allan Kirkwood, DDS's Motion for Summary Judgment (ECF #81).

Good cause exists for this extension, as the current coronavirus/COVID-19 pandemic has caused, and continues to cause, disruption to the practices of counsel involved in this case. In addition, Plaintiff is incarcerated in Ely State Prison and Plaintiff's Counsel has had difficulty

communicating with him to formulate an opposition to Defendant's Motion for Summary Judgment.

Defendant has courteously granted this extension of time to file Plaintiff's Response.

DATED this 11th day of June, 2020

**HATFIELD & ASSOCIATES**

*/s/ Trevor J. Hatfield*
By:_____
TREVOR J. HATFIELD, ESQ. (SBN 7373)
703 S. Eighth Street
Las Vegas, Nevada 89101
Tel: (702) 388-4469
Email: thatfield@hatfieldlawassociates.com
*Attorney for Plaintiff In conjunction with Legal Aid Center of Southern Nevada Pro Bono Project*

**LEWIS BRISBOIS BISGAARD & SMITH, LLP**

*/s/ Katherine J. Gordon*
By:_____
S. BRENT VOGEL, ESQ. (SBN 6858)
KATHERINE J. GORDON, ESQ. (SBN 5813)
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
Tel.: (702) 893-3383
Email: Brent.Vogel@lewisbrisbois.com
Email: Katherine.Gordon@lewisbrisbois.com
*Attorneys for Defendant Allan Kirkwood, DDS*

**KAEMPFER CROWELL**

*/s/ Lyssa S. Anderson*
By:_____
LYSSA S. ANDERSON, ESQ. (SBN 5781)
RYAN W. DANIELS, ESQ. (SBN 13094)
1980 Festival Plaza Drive, Ste. 650
Las Vegas, Nevada 89135
Tel: (702) 792-7000
Email: landerson@kcnvlaw.com
Email: rdaniels@kcnvlaw.com
*Attorneys for Defendants Eddie Scott, Kevin Patimeteeporn, and Timothy Dorion*

## ORDER

**IT IS SO ORDERED:**

_____
UNITED STATES     DISTRICT JUDGE

Dated: June 22, 2020
CASE NO.: 2:17-cv-0562-MMD-DJA

- 2 -