TREVOR J. HATFIELD, ESQ
Nevada Bar No. 7373
HATFIELD & ASSOCIATES, LTD.
703 S. Eighth Street
Las Vegas, Nevada 89101
Telephone: (702) 388-4469
Facsimile: (702) 386-9825
Email: *thatfield@hatfieldlawassociates.com*
*Attorney for Plaintiff In Conjunction with Legal Aid Center of Southern Nevada Pro Bono Project*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| LUIS CERVANTES,<br><br>             Plaintiff,<br><br>vs.<br><br>EDDIE SCOTT, et al.,<br><br>             Defendants. | CASE NO:   2:17-cv-00562-MMD-DJA<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO DEFENDANTS EDDIE SCOTT, KEVIN PATIMETEEPORN AND TIMOTHY DORION'S MOTION FOR SUMMARY JUDGMENT** |

COMES NOW, Plaintiff Luis Cervantes ("Plaintiff"), by and through his counsel, the law firm of Hatfield & Associates., Ltd., appearing *pro bono publico*, and Defendants Eddie Scott, Kevin Patimeteeporn, and Timothy Dorion ("LVMPD Defendants") by and through their counsel, the law firm of Kaempfer Crowell, hereby stipulate and agree to extend the time for Plaintiff to Respond to LVMPD Defendants' Motion for Summary Judgment (ECF #82).

Accordingly, Plaintiff shall have up to and including June 30, 2020, to respond to LVMPD Defendants' Motion for Summary Judgment (ECF #82).

Good cause exists for this extension, as the current coronavirus/COVID-19 pandemic has caused, and continues to cause, disruption to the practices of counsel involved in this case. In addition, Plaintiff is incarcerated in Ely State Prison and Plaintiff's Counsel has had difficulty

communicating with him to formulate an opposition to Defendant's Motion for Summary Judgment.

Defendant has courteously granted this extension of time for Plaintiff to file his Response.

DATED this 11th day of June, 2020

**HATFIELD & ASSOCIATES**

 */s/ Trevor J. Hatfield*
By:_____
  TREVOR J. HATFIELD, ESQ. (SBN 7373)
  703 S. Eighth Street
  Las Vegas, Nevada 89101
  Tel:  (702) 388-4469
  Email: thatfield@hatfieldlawassociates.com
  *Attorney for Plaintiff In Conjunction with
  Legal Aid Center of Southern Nevada Pro
  Bono Project.*

**KAEMPFER CROWELL**

 */s/ Lyssa S. Anderson*
By:_____
  LYSSA S. ANDERSON, ESQ. (SBN 5781)
  RYAN W. DANIELS, ESQ. (SBN 13094)
  1980 Festival Plaza Drive, Ste. 650
  Las Vegas, Nevada 89135
  Tel:  (702) 792-7000
  Email:  landerson@kcnvlaw.com
  Email:  rdaniels@kcnvlaw.com
  *Attorneys for Defendants Eddie Scott,
  Kevin Patimeteeporn, and Timothy Dorion*

**LEWIS BRISBOIS BISGAARD & SMITH, LLP**

 */s/ Katherine J. Gordon*
By:_____
  S. BRENT VOGEL, ESQ. (SBN 6858)
  KATHERINE J. GORDON, ESQ. (SBN 5813)
  6385 S. Rainbow Boulevard, Suite 600
  Las Vegas, Nevada 89118
  Tel.:  (702) 893-3383
  Email:  Brent.Vogel@lewisbrisbois.com
  Email:  Katherine.Gordon@lewisbrisbois.com
  *Attorneys for Defendant Allan Kirkwood, DDS*

**ORDER**

**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT JUDGE

Dated: June 22, 2020
CASE NO.: 2:17-cv-0562-MMD-DJA

- 2 -