TREVOR J. HATFIELD, ESQ
Nevada Bar No. 7373
HATFIELD & ASSOCIATES, LTD.
703 S. Eighth Street
Las Vegas, Nevada 89101
Telephone: (702) 388-4469
Facsimile: (702) 386-9825
Email: *thatfield@hatfieldlawassociates.com*
*Attorney for Plaintiff In conjunction with Legal Aid Center of Southern Nevada Pro Bono Project*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| LUIS CERVANTES,<br><br>         Plaintiff,<br><br>vs.<br><br>EDDIE SCOTT, et al.,<br><br>         Defendants. | CASE NO:  2:17-cv-00562-MMD-DJA<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO DEFENDANT ALLAN KIRKWOOD, D.D.S.'S MOTION FOR SUMMARY JUDGMENT**<br>**(Second Request)** |

COMES NOW, Plaintiff Luis Cervantes ("Plaintiff"), by and through his counsel, the law firm of Hatfield & Associates, Ltd., appearing *pro bono publico,* and Defendant Allan Kirkwood, D.D.S. ("Defendant Kirkwood") by and through his counsel, the law firm of Lewis Brisbois Bisgaard & Smith, LLP, hereby stipulate and agree to extend the time for Plaintiff to Respond to Defendant Allan Kirkwood, DDS's Motion for Summary Judgment (ECF #81). This request is submitted pursuant to LR IA 6-1, 6-2 and LR II 7-1 and 26-4 and is the parties second request for an extension of time for Plaintiff to respond to Defendant's Motion for Summary Judgment.

Good cause exists for this extension, as the current coronavirus/COVID-19 pandemic has caused, and continues to cause, disruption to the practices of counsel involved in this case. In addition, Plaintiff is incarcerated in Ely State Prison and Plaintiff's Counsel has had difficulty communicating with him to formulate an opposition to Defendant's Motion for Summary Judgment.

This request is also made due to Plaintiff's counsel having a need for additional time and Defendant has courteously granted this extension of time to file Plaintiff's Response.

Accordingly, Plaintiff shall have up to and including July 10, 2020, to respond to Defendant Allan Kirkwood, DDS's Motion for Summary Judgment (ECF #81).

DATED this 1st day of July, 2020

**HATFIELD & ASSOCIATES**

By: */s/ Trevor J. Hatfield*
 TREVOR J. HATFIELD, ESQ. (SBN 7373)
 703 S. Eighth Street
 Las Vegas, Nevada 89101
 Tel: (702) 388-4469
 Email: thatfield@hatfieldlawassociates.com
 *Attorney for Plaintiff In conjunction with Legal Aid Center of Southern Nevada Pro Bono Project*

**KAEMPFER CROWELL**

By: */s/ Lyssa S. Anderson*
 LYSSA S. ANDERSON, ESQ. (SBN 5781)
 RYAN W. DANIELS, ESQ. (SBN 13094)
 1980 Festival Plaza Drive, Ste. 650
 Las Vegas, Nevada 89135
 Tel: (702) 792-7000
 Email: landerson@kcnvlaw.com
 Email: rdaniels@kcnvlaw.com
 *Attorneys for Defendants Eddie Scott, Kevin Patimeteeporn, and Timothy Dorion*

**LEWIS BRISBOIS BISGAARD & SMITH, LLP**

By: */s/ Katherine J. Gordon*
 S. BRENT VOGEL, ESQ. (SBN 6858)
 KATHERINE J. GORDON, ESQ. (SBN 5813)
 6385 S. Rainbow Boulevard, Suite 600
 Las Vegas, Nevada 89118
 Tel.: (702) 893-3383
 Email: Brent.Vogel@lewisbrisbois.com
 Email: Katherine.Gordon@lewisbrisbois.com
 *Attorneys for Defendant Allan Kirkwood, DDS*

**ORDER**

**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT JUDGE

Dated: July 6, 2020