TREVOR J. HATFIELD, ESQ
Nevada Bar No. 7373
HATFIELD & ASSOCIATES, LTD.
703 S. Eighth Street
Las Vegas, Nevada 89101
Telephone:  (702) 388-4469
Facsimile:  (702) 386-9825
Email: *thatfield@hatfieldlawassociates.com*
*Attorney for Plaintiff In conjunction with Legal Aid Center of Southern Nevada Pro Bono Project*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| LUIS CERVANTES,<br><br>            Plaintiff,<br><br>vs.<br><br>EDDIE SCOTT, et al.,<br><br>            Defendants. | CASE NO:   2:17-cv-00562-MMD-DJA<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO DEFENDANT ALLAN KIRKWOOD, D.D.S.'S MOTION FOR SUMMARY JUDGMENT**<br>**(Third Request)** |

COMES NOW, Plaintiff Luis Cervantes ("Plaintiff"), by and through his counsel, the law firm of Hatfield & Associates, Ltd., appearing *pro bono publico,* and Defendant Allan Kirkwood, D.D.S. ("Defendant Kirkwood") by and through his counsel, the law firm of Lewis Brisbois Bisgaard & Smith, LLP, hereby stipulate and agree to extend the time for Plaintiff to Respond to Defendant Allan Kirkwood, DDS's Motion for Summary Judgment (ECF #81).  This request is submitted pursuant to LR IA 6-1, 6-2 and LR II 7-1 and 26-4 and is the party's third request for an extension of time for Plaintiff to respond to Defendant's Motion for Summary Judgment.

Good cause exists for this extension, as the current coronavirus/COVID-19 pandemic has caused, and continues to cause, disruption to the practices of counsel involved in this case.   In addition, Plaintiff is incarcerated in Ely State Prison and Plaintiff's Counsel has had difficulty communicating with him to formulate an opposition to Defendant's Motion for Summary Judgment.

In addition, Plaintiff's Counsel requests additional time so the parties may potentially explore resolution. This request is also made due to Plaintiff's counsel having a need for additional time and Defendant has courteously granted this extension of time to file Plaintiff's Response.

Accordingly, Plaintiff shall have up to and including July 24, 2020, to respond to Defendant Allan Kirkwood, DDS's Motion for Summary Judgment (ECF #81).

DATED this 15th day of July, 2020

| **HATFIELD & ASSOCIATES** | **LEWIS BRISBOIS BISGAARD & SMITH, LLP** |
|---|---|
| */s/ Trevor J. Hatfield*<br>By:_____<br>Trevor J. Hatfield, Esq. (SBN 7373)<br>703 S. Eighth Street<br>Las Vegas, Nevada 89101<br>Tel: (702) 388-4469<br>Email: thatfield@hatfieldlawassociates.com<br>*Attorney for Plaintiff In conjunction with Legal Aid Center of Southern Nevada Pro Bono Project* | */s/ Katherine J. Gordon*<br>By:_____<br>S. Brent Vogel, Esq. (SBN 6858)<br>Katherine J. Gordon, Esq. (SBN 5813)<br>6385 S. Rainbow Boulevard, Suite 600<br>Las Vegas, Nevada 89118<br>Tel.: (702) 893-3383<br>Email: Brent.Vogel@lewisbrisbois.com<br>Email: Katherine.Gordon@lewisbrisbois.com<br>*Attorneys for Defendant Allan Kirkwood, DDS* |

**ORDER**

**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT JUDGE
Dated: July 16, 2020