LYSSA S. ANDERSON
Nevada Bar No. 5781
RYAN W. DANIELS
Nevada Bar No. 13094
KAEMPFER CROWELL
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada  89135
Telephone:   (702) 792-7000
Fax:            (702) 796-7181
landerson@kcnvlaw.com
rdaniels@kcnvlaw.com

*Attorneys for Defendants Eddie Scott,
Kevin Patimeteeporn, and Timothy Dorion*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| LUIS CERVANTES,<br><br>         Plaintiff,<br>vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, a political subdivision of the State of Nevada; EDDIE SCOTT, P#15631, in his individual and official capacities; KEVIN PATIMETEEPORN, P#14529, in his individual and official capacities; and TIMOTHY DORION, P#14942, in his individual and official capacities,<br><br>         Defendants. | CASE NO.:   2:17-cv-00562-MMD-DJA<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE REPLY IN SUPPORT OF MOTIONS FOR SUMMARY JUDGMENT**<br><br>**(First Request)** |

The above-referenced parties, by and through their counsel of record, hereby agree and stipulate to extend the deadline for Eddie Scott, Kevin Patimeteeporn and Timothy Dorion ("LVMPD Defendants"), to file their Reply in Support of Motion for Summary Judgment, [Docket No. 82] currently set for July 24, 2020, for an additional thirty (30) days, until August 24, 2020. This is the first requested extension between the parties.  The extension is being requested as LVMPD Defendants' Counsel requires additional time to prepare the reply.

The requested extension is timely pursuant to LR 26-4. The extension will not prejudice any party and will allow Defendants to adequately brief their replies in support of the Motions for Summary Judgment filed with this Court. The parties are not delaying the conclusion of this matter by way of trial or otherwise; no trial date has yet been ordered.

DATED this 23rd day of July, 2020.

| KAEMPFER CROWELL | HATFIELD & ASSOCIATES, LTD. |
|---|---|
| By: */s/ Lyssa Anderson*<br>Lyssa Anderson (NV Bar # 5781)<br>Ryan Daniels (NV Bar # 13094)<br>1980 Festival Plaza Dr. Ste. 650<br>Las Vegas, Nevada 89135 | By: */s/ Trevor Hatfield*<br>Trevor J. Hatfield (NV Bar # 7373)<br>703 S. Eighth Street<br>Las Vegas, Nevada 89101 |
| *Attorneys for Defendants Officers Eddie Scott, Kevin Patimeteeporn and Timothy Dorion* | *Attorney for Plaintiff Luis Cervantes* |

### ORDER

IT IS SO ORDERED:

UNITED STATES DISTRICT JUDGE

DATED: 7/24/2020
2:17-cv-00562-MMD-DJA