TREVOR J. HATFIELD, ESQ
Nevada Bar No. 7373
HATFIELD & ASSOCIATES, LTD.
703 S. Eighth Street
Las Vegas, Nevada 89101
Telephone:  (702) 388-4469
Facsimile:  (702) 386-9825
Email: *thatfield@hatfieldlawassociates.com*
*Attorney for Plaintiff In conjunction with Legal Aid Center of*
*Southern Nevada Pro Bono Project*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| LUIS CERVANTES,<br><br>        Plaintiff,<br><br>    vs.<br><br>EDDIE SCOTT, et al.,<br><br>        Defendants. | CASE NO:   2:17-cv-00562-MMD-DJA<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO DEFENDANT ALLAN KIRKWOOD, D.D.S.'S MOTION FOR SUMMARY JUDGMENT**<br>**(Fourth Request)** |

COMES NOW, Plaintiff Luis Cervantes ("Plaintiff"), by and through his counsel, the law firm of Hatfield & Associates, Ltd., appearing *pro bono publico,* and Defendant Allan Kirkwood, D.D.S. ("Defendant Kirkwood") by and through his counsel, the law firm of Lewis Brisbois Bisgaard & Smith, LLP, hereby stipulate and agree to extend the time for Plaintiff to Respond to Defendant Allan Kirkwood, DDS's Motion for Summary Judgment (ECF #81).  This request is submitted pursuant to LR IA 6-1, 6-2 and LR II 7-1 and 26-4 and is the party's fourth request for an extension of time for Plaintiff to respond to Defendant's Motion for Summary Judgment.

Good cause exists for this extension, as the current coronavirus/COVID-19 pandemic has caused, and continues to cause, disruption to the practices of counsel involved in this case.  In addition, Plaintiff is incarcerated in Ely State Prison and Plaintiff's Counsel has had difficulty communicating with him to formulate an opposition to Defendant's Motion for Summary Judgment.

HATFIELD & ASSOCIATES, LTD.
703 8th Street * Las Vegas, Nevada 89101
Telephone (702) 388-4469

In an attempt to resolve the matter, Plaintiff forwarded his settlement demand to Defendant's Counsel on July 22, 2020, and Defendant's counsel hopes to have a response from Defendant by July 29, 2020.  In light of the prior extensions, Defendant's Counsel believes an extension to August 4, 2020 will be acceptable to Defendant.

Accordingly, Plaintiff shall have up to and including August 4, 2020, to respond to Defendant Allan Kirkwood, DDS's Motion for Summary Judgment (ECF #81).

Dated this 28th day of July, 2020          Dated this 28th day of July, 2020

**HATFIELD & ASSOCIATES**          **LEWIS BRISBOIS BISGAARD & SMITH, LLP**

*/s/ Trevor J. Hatfield*              */s/ Katherine J. Gordon*
By:_____          By:_____
Trevor J. Hatfield, Esq. (SBN 7373)          S. Brent Vogel, Esq. (SBN 6858)
703 S. Eighth Street              Katherine J. Gordon, Esq. (SBN 5813)
Las Vegas, Nevada 89101            6385 S. Rainbow Boulevard, Suite 600
Tel:  (702) 388-4469              Las Vegas, Nevada 89118
Email: thatfield@hatfieldlawassociates.com          Tel.:  (702) 893-3383
*Attorney for Plaintiff In conjunction with*          Email:  Brent.Vogel@lewisbrisbois.com
*Legal Aid Center of Southern Nevada Pro*          Email:  Katherine.Gordon@lewisbrisbois.com
*Bono Project*                *Attorneys for Defendant Allan Kirkwood, DDS*

**ORDER**

**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT JUDGE
Dated:__July 29, 2020_____

HATFIELD & ASSOCIATES, LTD.
703 8th Street  * Las Vegas, Nevada 89101
Telephone (702) 388-4469