TREVOR J. HATFIELD, ESQ.
Nevada Bar No. 7373
**HATFIELD & ASSOCIATES, LTD.**
703 South Eighth Street
Las Vegas, Nevada 89101
(702) 388-4469 Tel.
(702) 386-9825 Fax
*thatfield@hatfieldlawassociates.com*

*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| LUIS CERVANTEZ,<br><br>        Plaintiff,<br><br>vs.<br><br>EDDIE SCOTT, et al.,<br><br>        Defendants. | CASE NO: 2:17-cv-00562-MMD-DJA<br><br>**PLAINTIFF'S MOTION TO EXTEND TIME FOR RESPONDING TO ALLAN KIRKWOOD D.D.S.'S MOTION FOR SUMMARY JUDGMENT** |

COMES NOW, Plaintiff LUIS CERVANTEZ, by and through his counsel, the law firm of Hatfield & Associates, Ltd., *pro bono publico* and files this Motion to Extend Time for to Respond to Defendant KIRKWOOD's Motion for Summary Judgment [ECF #81]. Plaintiff's response is due August 4, 2020.

**MEMORANDUM OF POINTS AND AUTHORITIES**

**I.**

This is an USC § 1983 case regarding an inmate. Plaintiff has requested a stipulation for an extension of time to respond to [ECF #81] to give this case an opportunity to resolve. Defendant granted an extension to August 4, 2020. Plaintiff's counsel moved to have a scheduled telephone call with his client, received authority to make an offer to Defendant, and made the offer. Defendant has not responded to the offer. Defendant has not agreed to a further extension of time, therefore

1

Plaintiff files this motion. Plaintiff requests that he have until August 31, 2020 to respond to Defendant's motion for summary judgment, should the case not resolve.

Dated this 4th day of August 2020.   **HATFIELD & ASSOCIATES, LTD.**

By:  /s/ *Trevor J. Hatfield*

Trevor J. Hatfield, Esq. (SBN 7373)
703 South Eighth Street
Las Vegas, Nevada 89101
(702) 388-4469 Tel.
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I certify that on the 4th day of August 2020, I electronically filed the foregoing PLAINTIFF'S MOTION TO EXTEND TIME with the Clerk of the Court by using the ECF system.

Dated this 4th day of August 2020.   By:   Freda P. Brazier
An employee of Hatfield & Associates, Ltd.

IT IS SO ORDERED:

Dated: August 4, 2020

_____
U.S. District Judge

2