UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| LUIS CERVANTES,<br><br>　　　　　　　Plaintiff,<br>v.<br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, *et al.*,<br>　　　　　　　Defendants. | Case No. 2:17-cv-00562-MMD-DJA<br><br>ORDER |

This is a civil rights action brought under 42 U.S.C. § 1983. (ECF No. 6.) Plaintiff Luis Cervantes brought this action against Defendants Las Vegas Metropolitan Police Department Detention Service Division, Naphcare, Clark County Detention Center, Las Vegas Metropolitan Police Department, Eddie Scott, Timothy Dorion, Christian Pizan, Kevin Patimeteeporn, and Allan Kirkwood. Only Scott, Dorion, Patimeteeporn, and Kirkwood remain as Defendants in this action. (ECF Nos. 5, 10, 58.)

Before the Court is Defendants' motion for reconsideration ("Reconsideration Motion"). (ECF No. 113.) On February 3, 2021, the Court issued a minute order (ECF No. 112) directing Defendants to file a joint status report or settlement documents per the Court's prior order (ECF No. 111). In its minute order, the Court also denied the pending motion for summary judgment (ECF No. 82 ("Summary Judgment Motion")) as moot in light of the pending settlement. Defendants Scott, Dorion, and Patimeteeporn subsequently filed the Reconsideration Motion requesting that the Summary Judgment Motion be reinstated, stating that the pending settlement was between Plaintiff and Defendant Kirkland only, while the Summary Judgment Motion was between Plaintiff and Defendants Scott, Dorion, and Patimeteeporn. (ECF No. 113.) The Court agrees with Defendants and will grant the Reconsideration Motion.

It is therefore ordered that defendants' motion for reconsideration (ECF No. 113) is granted.

It is further ordered that defendants' motion for summary judgment (ECF No. 82) is reinstated. The Court will address the motion in due course.

DATED THIS 4th Day of February 2021.

MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE