TREVOR J. HATFIELD, ESQ
Nevada Bar No. 7373
HATFIELD & ASSOCIATES, LTD.
703 S. Eighth Street
Las Vegas, Nevada 89101
Telephone:  (702) 388-4469
Facsimile:  (702) 386-9825
Email: *thatfield@hatfieldlawassociates.com*
*Attorney for Plaintiff In Conjunction with Legal Aid Center of*
*Southern Nevada Pro Bono Project*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

LUIS CERVANTES,

    Plaintiff,

vs.

EDDIE SCOTT, et al.,

    Defendants.

CASE NO:   2:17-cv-00562-MMD-DJA

**STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO DEFENDANTS EDDIE SCOTT, KEVIN PATIMETEEPORN AND TIMOTHY DORION'S MOTION FOR RECONSIDERATION OF THE COURT'S ORDER DENYING SUMMARY JUDGMENT [ECF No. 117]**

**(First Request)**

COMES NOW, Plaintiff Luis Cervantes ("Plaintiff"), by and through his counsel, the law firm of Hatfield & Associates., Ltd., appearing *pro bono publico*, and Defendants Eddie Scott, Kevin Patimeteeporn, and Timothy Dorion ("LVMPD Defendants") by and through their counsel, the law firm of Kaempfer Crowell, hereby stipulate and agree to extend the time for Plaintiff to Respond to LVMPD Defendants' Motion for Reconsideration of the Court's Order Denying Summary Judgment  (ECF #117) filed on March 22, 2021.

Accordingly, Plaintiff shall have up to and including May 5, 2021, to respond to LVMPD Defendants' Motion for Reconsideration of the Court's Order Denying Summary Judgment (ECF #117).

HATFIELD & ASSOCIATES, LTD.
703 8ᵗʰ Street  * Las Vegas, Nevada 89101
Telephone (702) 388-4469

HATFIELD & ASSOCIATES, LTD.
703 8ᵗʰ Street * Las Vegas, Nevada 89101
Telephone (702) 388-4469

This request is submitted pursuant to LR IA 6-1, 6-2 and LR II 7-1 and is the parties first request for an extension of time for Plaintiff to respond to Defendant's Motion for Reconsideration of the Court's Order Denying Summary Judgment (ECF #117).

Good cause exists for this extension, as the current coronavirus/COVID-19 pandemic has caused, and continues to cause, disruption to the practices of counsel involved in this case.  In addition, Plaintiff is incarcerated in High Desert State Prison and Plaintiff's Counsel has had difficulty communicating with him to formulate an opposition to Defendant's Motion for Reconsideration of the Court's Order Denying Summary Judgment.

Defendant has courteously granted this first request for an extension of time to file Plaintiff's Response.  The extension will not prejudice any party and will allow Plaintiff to adequately brief its opposition to LVMPD Defendants' Motion for Reconsideration of the Court's Order Denying Summary Judgment filed with this Court. The parties are not delaying the conclusion of this matter by way of trial or otherwise; no trial date has yet been ordered, although a Settlement Conference has been ordered for April 21, 2021.

DATED this 5ᵗʰ day of April, 2021

HATFIELD & ASSOCIATES

*/s/ Trevor J. Hatfield*
By:_____
TREVOR J. HATFIELD, ESQ.
Nevada Bar  No. 7373
703 S. Eighth Street
Las Vegas, Nevada 89101
Tel:  (702) 388-4469
Email:  thatfield@hatfieldlawassociates.com
*Attorney for Plaintiff In Conjunction with*
*Legal Aid Center of Southern Nevada Pro*
*Bono Project.*

DATED this 5ᵗʰ day of April, 2021

**KAEMPFER CROWELL**

*/s/ Lyssa S.  Anderson*
By:_____
LYSSA S. ANDERSON, ESQ.
Nevada Bar No. 5781
RYAN W. DANIELS, ESQ.
Nevada State Bar No. 13094
KRISTOPHER J. KALKOWSKI, ESQ
Nevada State Bar No. 14892
Tel.:  (702) 792-7000
Email:  landerson@kcnvlaw.com
Email:  rdaniels@kcnvlaw.com
Email:  kkalkowski@kcnvlaw.com
*Attorneys for Defendants Eddie Scott, Kevin*
*Patimeteeporn, and Timothy Dorion*

DATED this 5th day of April, 2021

**LEWIS BRISBOIS BISGAARD & SMITH, LLP**

    */s/ Katherine J. Gordon*
By:_____
S. BRENT VOGEL, ESQ.
Nevada State Bar No. 6858
KATHERINE J. GORDON, ESQ.
Nevada State Bar No. 5813
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
Tel.:  (702) 893-3383
Email:  Brent.Vogel@lewisbrisbois.com
Email:  Katherine.Gordon@lewisbrisbois.com
*Attorneys for Defendant Allan Kirkwood, DDS*

**IT IS SO ORDERED:**

**ORDER**

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE
Dated: THIS 7th Day of April 2021.

HATFIELD & ASSOCIATES, LTD.
703 8th Street * Las Vegas, Nevada 89101
Telephone (702) 388-4469