S. BRENT VOGEL
Nevada Bar No. 6858
Brent.Vogel@lewisbrisbois.com
KATHERINE J. GORDON
Nevada Bar No. 5813
Katherine.Gordon@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 South Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
Tel: 702.893.3383
Fax: 702.893.3789
*Attorneys for Defendant Allan Kirkwood, D.D.S.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| LUIS CERVANTES,<br><br>        Plaintiff,<br><br>vs.<br><br>EDDIE SCOTT, *et al.*,<br><br>        Defendants. | CASE NO. 2:17-cv-00562-MMD-DJA<br><br>**STIPULATION AND ORDER FOR DISMISSAL** |

IT IS HEREBY STIPULATED AND AGREED between Plaintiff LUIS CERVANTES ("Plaintiff"), by and through his counsel Trevor J. Hatfield of HATFIELD & ASSOCIATES, LTD., and Defendant ALLAN KIRKWOOD, D.D.S. ("Defendant"), by and through his counsel S. Brent Vogel and Katherine J. Gordon of LEWIS BRISBOIS BISGAARD & SMITH LLP, that Plaintiff's claims against Defendant in the above-entitled action shall be dismissed in their entirety with prejudice, each party is to bear its own attorney's fees and costs. The grounds for this Stipulation are more specifically set forth in an executed Settlement Agreement.

…

…

…

…

…

4814-5142-0902.1

In support of the Stipulation and Order, the Court is advised that the parties entered into a Settlement Agreement which resolves all of Plaintiff's claims against Defendant.

Dated this 21st day of April, 2021.                     Dated this 21st day of April, 2021.

HATFIELD & ASSOCIATES, LTD.                     LEWIS BRISBOIS BISGAARD & SMITH  LLP

By:   /s/ Trevor J. Hatfield                 By:   /s/ Katherine J. Gordon          
     Trevor J. Hatfield, Esq.                             S. Brent Vogel, Esq.
     Nevada Bar No. 7373                           Nevada Bar No. 6858
     703 S. 8th St.                                      Katherine J. Gordon, Esq.
     Las Vegas, NV 89101                           Nevada Bar No. 5813
     *Attorneys for Plaintiff*                           6385 S. Rainbow Boulevard, Suite 600
                                                              Las Vegas, Nevada 89118
                                                              *Attorneys for Defendant*
                                                              *Allan Kirkwood, D.D.S.*

## **ORDER**

Upon stipulation of the parties, by and through their respective counsel of record:

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that Plaintiff's claims against Defendant Allan Kirkwood, D.D.S. in the above-entitled matter are hereby dismissed with prejudice, each party to bear its own costs and attorney's fees.

Dated this  21st  day of     April    , 2021.

_____
DISTRICT COURT JUDGE

Respectfully Submitted by:

LEWIS BRISBOIS BISGAARD & SMITH  LLP

By:   /s/ Katherine J. Gordon                 
     S. Brent Vogel, Esq.
     Katherine J. Gordon, Esq.
     6385 S. Rainbow Boulevard, Suite 600
     Las Vegas, Nevada 89118
     *Attorneys for Defendant*
     *Allan Kirkwood, D.D.S.*