LYSSA S. ANDERSON
Nevada Bar No. 5781
RYAN W. DANIELS
Nevada Bar No. 13094
KRISTOPHER J. KALKOWSKI
Nevada Bar No. 14892
KAEMPFER CROWELL
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada 89135
Telephone: (702) 792-7000
Fax: (702) 796-7181
landerson@kcnvlaw.com
rdaniels@kcnvlaw.com
kkalkowski@kcnvlaw.com
*Attorneys for Defendants Eddie Scott,*
*Kevin Patimeteeporn, and Timothy Dorion*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| LUIS CERVANTES,<br><br>  Plaintiff,<br>vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, a political subdivision of the State of Nevada; EDDIE SCOTT, P#15631, in his individual and official capacities; KEVIN PATIMETEEPORN, P#14529, in his individual and official capacities; and TIMOTHY DORION, P#14942, in his individual and official capacities,<br><br>  Defendants. | CASE NO.: 2:17-cv-00562-MMD-DJA<br><br>**STIPULATION TO EXTEND DEADLINE TO SUBMIT JOINT PRETRIAL ORDER**<br><br>**(First Request)** |

The above-referenced parties, by and through their counsel of record, hereby agree and request that the deadline for the parties to submit the Joint Pretrial Order, currently set for May 21, 2021, be extended and/or stayed pending a ruling on Defendants Eddie Scott, Kevin Patimeteeporn and Timothy Dorion's ("LVMPD Defendants") Motion for Reconsideration filed at ECF No. 122. This is the first request regarding the deadline to file the Joint Pretrial Order between the parties.

As noted above, the LVMPD Defendants filed a Motion for Reconsideration on March 22, 2021, following this Court's ruling on dispositive motions. [ECF No. 122]. Plaintiff requested an extension of the response deadline for that Motion, which the Court granted and set a new deadline of May 5, 2021. [ECF No. 124]. In addition, a Settlement Conference was recently held on April 21, 2021. The parties did not reach a resolution.

There is good cause to stay/extend the deadline to submit a Joint Pretrial Order. The Motion for Reconsideration is not yet fully briefed and the Court has not considered it. The parties believe it is in their best interest and the best interest of this Court to stay filing the Joint Pre-Trial Order until all pre-trial matters are fully resolved. This will prevent any unnecessary confusion and/or efforts by the parties and Court that may be moot depending on the Court's ruling.

Based upon the forgoing, the parties make this request jointly and ask the Court to stay the deadline for filing a Joint Pre-Trial Order until thirty (30) days after this Court's ruling on the Motion for Reconsideration at ECF No. 122.

DATED this 27th day of April, 2021.

KAEMPFER CROWELL

By: */s/ Kristopher Kalkowski*
Lyssa Anderson (NV Bar # 5781)
Ryan Daniels (NV Bar # 13094)
Kristopher Kalkowski (NV Bar # 14892)
1980 Festival Plaza Dr. Ste. 650
Las Vegas, Nevada 89135

*Attorneys for Defendants Officers Eddie Scott, Kevin Patimeteeporn and Timothy Dorion*

HATFIELD & ASSOCIATES, LTD.

By: */s/ Trevor Hatfield*
Trevor J. Hatfield (NV Bar # 7373)
703 S. Eighth Street
Las Vegas, Nevada 89101

*Attorney for Plaintiff Luis Cervantes*

**ORDER**

**IT IS SO ORDERED.**

Dated this 28th day of April, 2021.

_____
UNITED STATES DISTRICT COURT JUDGE