TREVOR J. HATFIELD, ESQ
Nevada Bar No. 7373
HATFIELD & ASSOCIATES, LTD.
703 S. Eighth Street
Las Vegas, Nevada 89101
Telephone: (702) 388-4469
Facsimile: (702) 386-9825
Email: *thatfield@hatfieldlawassociates.com*
*Attorney for Plaintiff In Conjunction with Legal Aid Center of
Southern Nevada Pro Bono Project*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| LUIS CERVANTES,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>EDDIE SCOTT, et al.,<br><br>　　　　　Defendants. | CASE NO: 2:17-cv-00562-MMD-DJA<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO DEFENDANTS EDDIE SCOTT, KEVIN PATIMETEEPORN AND TIMOTHY DORION'S MOTION FOR RECONSIDERATION OF THE COURT'S ORDER DENYING SUMMARY JUDGMENT [ECF No. 117]**<br>**(Second Request)** |

COMES NOW, Plaintiff Luis Cervantes ("Plaintiff"), by and through his counsel, the law firm of Hatfield & Associates., Ltd., appearing *pro bono publico*, and Defendants Eddie Scott, Kevin Patimeteeporn, and Timothy Dorion ("LVMPD Defendants") by and through their counsel, the law firm of Kaempfer Crowell, hereby stipulate and agree to extend the time for Plaintiff to Respond to LVMPD Defendants' Motion for Reconsideration of the Court's Order Denying Summary Judgment [ECF No. 122] due on May 5, 2021 to June 4, 2021.

Accordingly, Plaintiff shall have up to and including June 4, 2021, to respond to LVMPD Defendants' Motion for Reconsideration of the Court's Order Denying Summary Judgment [ECF #122].

HATFIELD & ASSOCIATES, LTD.
703 8th Street * Las Vegas, Nevada 89101
Telephone (702) 388-4469

This request is submitted pursuant to LR IA 6-1, 6-2 and LR II 7-1 and is the parties second request for an extension of time for Plaintiff to respond to Defendant's Motion for Reconsideration of the Court's Order Denying Summary Judgment [ECF #122].

Good cause exists for this extension. Plaintiff is incarcerated in High Desert State Prison and is only allowed one hour of time out of his cell per day. If Plaintiff's counsel calls Plaintiff his time on the call is deducted from his one hour of time outside the cell, so Plaintiff requests communication by correspondence rather than a telephone call. Communicating by mail is slow and difficult and counsel has had difficulty communicating with Plaintiff, which has caused disruption and delay in representing Plaintiff. Moreover, Defendants have made a settlement offer to Plaintiff which may resolve the case if accepted and make responding to Defendants' Motion for Reconsideration of the Court's Order Denying Summary Judgment moot.

Defendant has courteously granted this second request for an extension of time to file Plaintiff's Response. The extension will not prejudice any party and will allow Plaintiff to adequately brief its opposition to LVMPD Defendants' Motion for Reconsideration of the Court's Order Denying Summary Judgment filed with this Court. The parties are not delaying the conclusion of this matter by way of trial or otherwise; no trial date has yet been ordered as a

///

///

///

///

///

///

///

///

HATFIELD & ASSOCIATES, LTD.
703 8th Street * Las Vegas, Nevada 89101
Telephone (702) 388-4469

new Magistrate Judge is going to be assigned to the case.

DATED this 4th day of May, 2021     DATED this 4th day of May, 2021

**HATFIELD & ASSOCIATES**     **KAEMPFER CROWELL**

By: */s/ Trevor J. Hatfield*
TREVOR J. HATFIELD, ESQ.
Nevada Bar No. 7373
703 S. Eighth Street
Las Vegas, Nevada 89101
Tel: (702) 388-4469
Email: thatfield@hatfieldlawassociates.com
*Attorney for Plaintiff In Conjunction with Legal Aid Center of Southern Nevada Pro Bono Project.*

By: */s/ Lyssa S. Anderson*
LYSSA S. ANDERSON, ESQ.
Nevada Bar No. 5781
RYAN W. DANIELS, ESQ.
Nevada State Bar No. 13094
KRISTOPHER J. KALKOWSKI, ESQ
Nevada State Bar No. 14892
Tel.: (702) 792-7000
Email: landerson@kcnvlaw.com
Email: rdaniels@kcnvlaw.com
Email: kkalkowski@kcnvlaw.com
*Attorneys for Defendants Eddie Scott, Kevin Patimeteeporn, and Timothy Dorion*

**ORDER**

**IT IS SO ORDERED:**

UNITED STATES DISTRICT JUDGE

Dated: May 5, 2021

- 3 -