LYSSA S. ANDERSON
Nevada Bar No. 5781
RYAN W. DANIELS
Nevada Bar No. 13094
KRISTOPHER J. KALKOWSKI
Nevada Bar No. 14892
KAEMPFER CROWELL
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada 89135
Telephone: (702) 792-7000
Fax: (702) 796-7181
landerson@kcnvlaw.com
rdaniels@kcnvlaw.com

*Attorneys for Defendants Eddie Scott,
Kevin Patimeteeporn, and Timothy Dorion*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| LUIS CERVANTES,<br><br>             Plaintiff,<br>vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, a political subdivision of the State of Nevada; EDDIE SCOTT, P#15631, in his individual and official capacities; KEVIN PATIMETEEPORN, P#14529, in his individual and official capacities; and TIMOTHY DORION, P#14942, in his individual and official capacities,<br><br>             Defendants. | CASE NO.:   2:17-cv-00562-MMD-DJA<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE REPLY IN SUPPORT OF MOTION FOR RECONSIDERATION**<br><br>**(First Request)** |

The above-referenced parties, by and through their counsel of record, hereby agree and stipulate to extend the deadline for Eddie Scott, Kevin Patimeteeporn and Timothy Dorion ("LVMPD Defendants"), to file their Reply in Support of the Motion for Reconsideration, (ECF No. 122), currently set for June 11, 2021, for an additional fourteen (14) days, until June 25, 2021.

1  The extension is being requested as LVMPD Defendants' counsel requires additional time to prepare the reply.

2  The requested extension is timely pursuant to Local Rule IA 6-1 and 6-2. The extension will not prejudice any party and will allow Defendants to adequately brief their reply in support of the Motion for Reconsideration filed with the Court. The parties are not delaying the conclusion of this matter by way of trial or otherwise; no trial date has yet been ordered.

DATED this 10th day of June, 2021.

| KAEMPFER CROWELL | HATFIELD & ASSOCIATES, LTD. |
|---|---|
| By: */s/ Lyssa Anderson*<br>Lyssa Anderson (NV Bar # 5781)<br>Ryan Daniels (NV Bar # 13094)<br>Kristopher Kalkowski (NV Bar #14892)<br>1980 Festival Plaza Dr. Ste. 650<br>Las Vegas, Nevada 89135<br><br>***Attorneys for Defendants Officers Eddie Scott, Kevin Patimeteeporn and Timothy Dorion*** | By: */s/ Trevor J. Hatfield*<br>Trevor J. Hatfield (NV Bar # 7373)<br>703 S. Eighth Street<br>Las Vegas, Nevada 89101<br><br>***Attorney for Plaintiff Luis Cervantes*** |

## ORDER

**IT IS SO ORDERED.**

Dated this 11th day of June, 2021.

_____
UNITED STATES DISTRICT COURT JUDGE