TREVOR J. HATFIELD, ESQ
Nevada Bar No. 7373
HATFIELD & ASSOCIATES, LTD.
703 S. Eighth Street
Las Vegas, Nevada 89101
Telephone: (702) 388-4469
Facsimile: (702) 386-9825
Email: *thatfield@hatfieldlawassociates.com*
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| LUIS CERVANTEZ,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>EDDIE SCOTT, et al.,<br><br>　　　　Defendants. | CASE NO: 2:17-cv-00562-MMD-DJA<br><br>**STIPULATION AND ORDER TO VACATE SETTLEMENT CONFERENCE SCHEDULED FOR SEPTEMBER 22, 2021 AT 10:00 A.M. [ECF No. 147]** |

　　　　COMES NOW, Plaintiff Luis Cervantes ("Plaintiff"), and Defendants Eddie Scott, Kevin Patimeteeporn, and Timothy Dorion ("LVMPD Defendants") by and through their respective Counsel, hereby stipulate, agree to vacate the Settlement Conference scheduled for September 22, 2021 at 10:00 a.m. pursuant to ECF No. 147.

///

///

///

///

///

///

The reason for this request is that it has become apparent to all parties that any Settlement Conference in this case would be futile.

DATED this 14th day of September, 2021

**HATFIELD & ASSOCIATES**

By: */s/ Trevor J. Hatfield*
TREVOR J. HATFIELD, ESQ. (SBN 7373)
703 S. Eighth Street
Las Vegas, Nevada 89101
Tel: (702) 388-4469
Email: thatfield@hatfieldlawassociates.com
*Attorney for Plaintiff*

**KAEMPFER CROWELL**

By: */s/ Lyssa S. Anderson*
LYSSA S. ANDERSON, ESQ. (SBN 5781)
RYAN W. DANIELS, ESQ. (SBN 13094)
1980 Festival Plaza Drive, Ste. 650
Las Vegas, Nevada 89135
Tel: (702) 792-7000
Email: landerson@kcnvlaw.com
Email: rdaniels@kcnvlaw.com
*Attorneys for Defendants Eddie Scott, Kevin Patimeteeporn, and Timothy Dorion*

**ORDER**

**IT IS SO ORDERED:**

_____
UNITED STATES MAGISTRATE JUDGE

Dated: September 15, 2021