TREVOR J. HATFIELD, ESQ
Nevada Bar No. 7373
HATFIELD & ASSOCIATES, LTD.
703 S. Eighth Street
Las Vegas, Nevada 89101
Telephone: (702) 388-4469
Facsimile: (702) 386-9825
Email: *thatfield@hatfieldlawassociates.com*
*Attorney for Plaintiff In Conjunction with Legal Aid Center of Southern Nevada Pro Bono Project*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| LUIS CERVANTEZ,<br><br>Plaintiff,<br><br>vs.<br><br>EDDIE SCOTT, et al.,<br><br>Defendants. | CASE NO: 2:17-cv-00562-MMD-NJK<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE JURY TRIAL**<br><br>**Jury Trial: 2/07/2022 @ 9:00 AM**<br>**Calendar Call: 1/31/2022 @ 1:00 PM** |

COMES NOW, Plaintiff Luis Cervantez ("Plaintiff"), by and through his counsel, the law firm of Hatfield & Associates., Ltd., appearing *pro bono publico*, and Defendants Eddie Scott, Kevin Patimeteeporn, and Timothy Dorion ("LVMPD Defendants") by and through their counsel, the law firm of Kaempfer Crowell, hereby stipulate and agree to a continuance of the jury trial currently scheduled on a three-week stack commencing on February 7, 2022 @ 9:00 AM with the calendar call scheduled on January 31, 2022 @ 1:00 PM to the jury trial on **August 22, 2022 @ 9:00 AM with the calendar call on August 15, 2022 @ 1:00 PM.**

This request is submitted pursuant to LR IA 6-1, 6-2 and LR II 7-1 and is the parties' first request for a continuance of jury trial [ECF #154] and [ECF #155] and to reschedule accompanying deadlines for submission of documents, etc.

District courts have inherent power to control their dockets. *Hamilton Copper & Steel Corp., v. Primary Steel, Inc.*, 898 F.2d 1428, 1429 (9th Cir. 1990); *Oliva v. Sullivan*, 958 F.2d 272, 273 (9th Cir. 1992). A motion for a continuance of trial should be granted for good cause. FED. R. CIV. P. 16(b)(4). "The determination of whether to grant a motion for trial continuance rests in the sound discretion of the trial court." *U.S. v. Makley*, 468 F.2d 916, 917 (9th Cir. 1972).

The parties respectfully stipulate, agree, and request that the Court continue the trial and associated dates in this case. Plaintiff's counsel is representing Plaintiff pro bono in this prisoner's medical indifference case. Based upon information and belief, Plaintiff will be released from incarceration in July 2022 and it will be much more pragmatic for Plaintiff to be prepared for trial upon his release from incarceration than if Plaintiff is incarcerated. Because of this issue, Plaintiff's and defense counsel conferred and agreed to continue this trial until Plaintiff is released from incarceration.

This request is not made for the purposes of undue delay and is brought in good faith. The Court and parties will not be prejudiced by this request, and it is surmised that judicial economy will be promoted with a continuance as Plaintiff will not require transport. The additional time will also allow the parties' counsel to meet and confer regarding pre-trial matters, to coordinate exhibits, and to facilitate a more effective trial. Furthermore, there should be no known inconvenience to the Court or parties, or any witness as a result of this request for a continuance. This will allow the parties more time to prepare for trial, which will result in a more organized and efficient trial. Furthermore, a continuance would grant the parties additional time to re-open settlement negotiations and explore the possibilities for a settlement agreement prior to trial. The parties will in good faith use additional time to discuss possible ways to resolve this matter before trial. Accordingly, the parties assert that the requisite good cause is present to justify continuance pursuant to FED. R. CIV. P. 16(b)(4). Therefore, the parties

respectfully request that this Court continue the trial in this case and the associated dates. The parties offer the following suggested trial date after consultation with the Court's clerk:  1. **August 22, 2022 @ 9:00 AM with the calendar call on August 15, 2022 @ 1:00 PM.**   .

DATED this 15th day of December, 2021          DATED this 15th day of December, 2021

**HATFIELD & ASSOCIATES**                               **KAEMPFER CROWELL**

*/s/ Trevor J. Hatfield*                                            */s/ Lyssa S. Anderson*
By:                                                                          By:
TREVOR J. HATFIELD, ESQ.                          LYSSA S. ANDERSON, ESQ.
Nevada Bar No. 7373                                        Nevada Bar No. 5781
703 S. Eighth Street                                           RYAN W. DANIELS, ESQ.
Las Vegas, Nevada 89101                                 Nevada State Bar No. 13094
Tel:  (702) 388-4469                                          KRISTOPHER J. KALKOWSKI, ESQ
Email:  thatfield@hatfieldlawassociates.com    Nevada State Bar No. 14892
*Attorney for Plaintiff In Conjunction with*        Tel.:  (702) 792-7000
*Legal Aid Center of Southern Nevada Pro*      Email:  landerson@kcnvlaw.com
*Bono Project.*                                                    Email:  rdaniels@kcnvlaw.com
                                                                           Email:  kkalkowski@kcnvlaw.com
                                                                           *Attorneys for Defendants Eddie Scott, Kevin Patimeteeporn, and Timothy Dorion*

**ORDER**

**IT IS SO ORDERED.**

MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE

Dated: 12/20/2021

HATFIELD & ASSOCIATES, LTD.
703 8th Street * Las Vegas, Nevada 89101
Telephone (702) 388-4469