LYSSA S. ANDERSON
Nevada Bar No. 5781
KRISTOPHER KALKOWSKI
Nevada Bar No. 14892
KAEMPFER CROWELL
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada  89135
Telephone:   (702) 792-7000
Fax:            (702) 796-7181
landerson@kcnvlaw.com
kkalkowski@kcnvlaw.com

***Attorneys for Defendants Eddie Scott,***
***Kevin Patimeteeporn, and Timothy Dorion***

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| LUIS CERVANTES,<br><br>                    Plaintiff,<br>vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, a political subdivision of the State of Nevada; EDDIE SCOTT, P#15631, in his individual and official capacities; KEVIN PATIMETEEPORN, P#14529, in his individual and official capacities; and TIMOTHY DORION, P#14942, in his individual and official capacities,<br><br>                    Defendants. | CASE NO.:    2:17-cv-00562-MMD-DJA<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE JURY TRIAL**<br><br>**(Third Request)** |

        Defendants, Eddie Scott, Kevin Patimeteeporn and Timothy Dorion ("LVMPD

Defendants"), through their counsel, Kaempfer Crowell, and Plaintiff, Luis Cervanes ("Plaintiff")

through his counsel, Trevor Hatfiled, hereby jointly stipulate and agree to a third continuance of

the jury trial and represent as follows:

/ / /

/ / /

1)      A Jury Trial in this matter is currently set on a three-week stack to commence on February 27, 2023 at 9:00 a.m. and a Calendar Call is currently set for February 21, 2023 at 1:00 p.m. via telephone.

2)      This request is submitted pursuant to LR IA 6-1, 6-2 and LR II 7-01 and is the parties' third request for a continuance of the jury trial [ECF Nos. 155 and 161], and all trial related deadlines. The parties respectfully request that the trial be moved to the Court's June 27 trial stack.

3)      This Court has discretion to re-schedule the current trial setting. District courts have inherent power to control their dockets. *Hamilton Copper & Steel Corp., v. Primary Steel, Inc.,* 898 F.2d 1428, 1429 (9th Cir. 1990); *Oliva v. Sullivan*, 958 F.2d 272, 273 (9th Cor. 1992). A motion for continuance of trial should be granted for good cause. Fed. R. Civ. P. 16(b)(4). "The determination of whether to grant a motion for trial continuance rests in the sound discretion of the trial court." *U.S. v. Makley,* 468 F2.d 916, 917 (9th Cir. 1972).

4)      The parties submit that good cause for a continuance of the current jury trial exists. As the Court is aware, the individual Defendants in this matter are Clark County Detention Center Corrections Officers. Two of the individual Defendants have conflicts with the current trial date for the following reasons. Defendant Scott is currently a member of the United States Army Reserve and has orders from his command requiring him to attend training on March 2, 2023 and March 3, 2023 and thus he would be unavailable those days. Defendant Patimeteeporn is currently a specialized (SERT) instructor at the Las Vegas Metropolitan Police Department's Academy for Correction Officer recruits. He will be instructing the entire Corrections Officer Academy February 27, 2023 through March 10, 2023 and will not be available.

KAEMPFER CROWELL
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada 89135

1        5)   This request is not being made to cause undue delay and is being made in good

2   faith.  No party will be prejudiced by this request.  This request will ensure all parties appearance

3   and participation at the trial during the June 27, 2023 trial stack.

4        DATED this _____ day of January, 2023.

5   KAEMPFER CROWELL           HATFIELD & ASSOCIATES, LTD.

6

7   By:   */s/ Lyssa S. Anderson*         By:   */s/ Trevor J. Hatfield*
     Lyssa Anderson (5781)            Trevor J. Hatfield (7373)
     Kristopher Kalkowski (14892)      703 S. Eighth Street

8        1980 Festival Plaza Dr. Ste. 650      Las Vegas, Nevada 89101
     Las Vegas, Nevada 89135

9        ***Attorneys for Defendants***      ***Attorney for Plaintiff Luis Cervantes***
     ***Officers Eddie Scott, Kevin***

10       ***Patimeteeporn and Timothy Dorion***

11

12                     **ORDER**

13       **IT IS SO ORDERED.**  Jury trial reset to 6/27/2023 at 9:00 AM; Calendar call is reset to
             June 20, 2023 at 1 pm (by telephone.)

14       Dated this 8th day of January, 2023.

15                 UNITED STATES DISTRICT COURT JUDGE

16

17

18

19

20

21

22

23

24