UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

LUIS CERVANTES,

    Plaintiff,

v.

LAS VEGAS METROPOLITAN POLICE DEPARTMENT, et al.,

    Defendant.

Case No. 2:17-cv-00562-MMD-NJK

**Order**

[Docket No. 165]

    Pending before the Court is counsel's motion to withdraw as counsel for Plaintiff.[1] Docket No. 165. For good cause shown, the motion is **GRANTED**. The Clerk's Office is **INSTRUCTED** to update the docket with Plaintiff's address as identified at Docket No. 165 at 3 ¶ 5, and to mail and email this order to Plaintiff.

    Plaintiff is **ORDERED** to file a notice with the Court no later than March 27, 2023, stating whether he has retained new counsel or intends to proceed *pro se*.

    IT IS SO ORDERED.

    Dated: February 23, 2023

                                            Nancy J. Koppe
                                            United States Magistrate Judge

---

[1] In the future, the parties must ensure that they use the correct case number on all filings.

1